**LAW OFFICE OF PETER J. BOLDIN**
Peter J. Boldin (SBN 251042)
917 G Street, Suite 202
Sacramento, CA 95814
Tel: (916) 498-1320
Fax: (916) 498-1325

Attorney for Defendant
LARRY HUGHES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>LARRY HUGHES,<br><br>            Defendant. | Case Number: 2:14-cr-00329-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for imposition of judgment and sentencing on March 5, 2015.

2. By this stipulation, defendant now moves to continue the imposition of judgment and sentencing until April 23, 2015.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The presentence report (PSR) has not yet been completed by Probation Officer Lynda Moore in this case.

      b. Defense counsel needs time to review the PSR, and to file any objections, if necessary.

      c. Defense counsel further needs time to prepare a memorandum to be considered by the Court regarding the imposition of judgment and sentencing as to defendant.

      d. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e. The Government does not object to the continuance.

4. The parties propose the following schedule in accordance with the new proposed imposition of judgment and sentencing date of April 23, 2015:

      a. Proposed PSR – March 12, 2015

      b. Objections to PSR – March 26, 2015

      c. Final PSR – April 2, 2015

      d. Corrections to Final PSR – April 9, 2015

      e. Sentencing Memorandum – April 16, 2015

      f. Opposition to Sentencing Memorandum – April 20, 2015

IT IS SO STIPULATED.

Dated: March 2, 2015                                    Respectfully Submitted,

/s/ Peter J. Boldin \_\_\_\_\_
PETER J. BOLDIN
Attorney for Defendant
Larry Hughes

Dated: March 2, 2015                                    BENJAMIN B. WAGNER
United States Attorney

By: /s/ Peter J. Boldin for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

///
///

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of March, 2015.

_____
Troy L. Nunley
United States District Judge