**LAW OFFICE OF PETER J. BOLDIN**
Peter J. Boldin (SBN 251042)
917 G Street, Suite 202
Sacramento, CA 95814
Tel: (916) 498-1320
Fax: (916) 498-1325

Attorney for Defendant
LARRY HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LARRY HUGHES,<br><br>    Defendant. | Case Number: 2:14-cr-00329-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for imposition of judgment and sentencing on April 23, 2015.

2. By this stipulation, defendant now moves to continue the imposition of judgment and sentencing until June 18, 2015. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The presentence report (PSR) has not yet been completed by Probation Officer Lynda Moore in this case. On April 20, 2015, Probation Officer

Moore informed defense counsel that she would have a draft PSR prepared by May 1, 2015.

    b. Defense counsel needs time to review the PSR, and to file any objections, if necessary.

    c. Defense counsel further needs time to prepare a memorandum to be considered by the Court regarding the imposition of judgment and sentencing as to defendant.

    d. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The Government does not object to the continuance.

4. The parties propose the following schedule in accordance with the new proposed imposition of judgment and sentencing date of June 18, 2015, at 9:30 a.m.:

    a. Proposed PSR – May 7, 2015

    b. Objections to PSR – May 21, 2015

    c. Final PSR – May 28, 2015

    d. Corrections to Final PSR – June 4, 2015

    e. Sentencing Memorandum – June 11, 2015

    f. Opposition to Sentencing Memorandum – June 15, 2015

IT IS SO STIPULATED.

Dated: April 20, 2015                                                          Respectfully Submitted,

                                                                                 /s/ Peter J. Boldin  
                                                                                 PETER J. BOLDIN  
                                                                                 Attorney for Defendant  
                                                                                 Larry Hughes

Dated: April 20, 2015                                                          BENJAMIN B. WAGNER  
                                                                                 United States Attorney

                                                                                By: /s/ Peter J. Boldin for  
                                                                                 MICHAEL ANDERSON  
                                                                                 Assistant U.S. Attorney  
                                                                                 Attorney for Plaintiff

**ORDER**

IT IS SO FOUND AND ORDERED this 21st day of April, 2015.

_____
Troy L. Nunley
United States District Judge