BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LARRY JOSEPH HUGHES,<br><br>            Defendant. | 2:14-CR-00329-TLN<br><br>*AMENDED* FINAL ORDER OF FORFEITURE |

WHEREAS, on or about January 6, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Larry Joseph Hughes, forfeiting to the United States the following property:

      a.  Approximately $27,676.66 seized from US Bank account number 1 534 0187 5072.

AND WHEREAS, beginning on January 7, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

    a.    Scarlet Hughes:  A notice letter was sent via certified mail to Scarlet Hughes, c/o William John Portanova, Esq., The Law Office of William Portanova, 400 Capital Mall, Suite 1100, Sacramento, California, 95814 on January 6, 2015. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on January 8, 2015.[1]

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Larry Joseph Hughes and Scarlet Hughes, whose rights to the above-listed property are hereby extinguished.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 15th day of July, 2015.

_____
Troy L. Nunley
United States District Judge

---

[1] The Government omitted notice information as to Scarlet Hughes in the original Final Order of Forfeiture.